MORRIS FRIEDMAN, Administrator of the Estate of HERBERT FRIEDMAN, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.

J. EDWARD OSTER, Appellant, v. SAMUEL B. RENTSCH et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK et al., as Trustees under the Will of JOHN H. DUFFY, Deceased. SIDNEY G. DUFFY et al., Appellants, GUARANTY TRUST COMPANY OF NEW YORK et al., as Trustees under the Will of JOHN H. DUFFY, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROBERT J. COVERDALE, Respondent, v. WILLIAM J. KELLY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse the determination of the Appellate Term and affirm the order of the Municipal Court.

KATIE BENET, Respondent, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant. against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANCE MANUFACTURING COMPANY, Respondent, v. GEORGE S. MAY, Doing Business under the Name of GEORGE S. MAY COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARTHA HEWITT, Respondent, v. GEORGE HEWITT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THOMPSON-WINCHESTER Co., INC., Respondent, v. JAMES MAGEE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 965.]

In the Matter of KING ENTERPRISES, INC., Petitioner, against JOHN F. O'CONNELL, as Chairman, et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.